WARREN FOOTE et al., Respondents, *v.* LOUIS E.
SCHNEIDER, Appellant.

(Argued December 19, 1878; decided January 21, 1879.)

*Edward F. Brown* for appellant.

*Albert Roberts* for respondents.

AGREE to affirm on opinion of DALY, Ch. J., in court below.

All concur, except RAPALLO, J., absent.